IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS EUGENE SELF                                  PLAINTIFF

v.                  No: 5:19-cv-00138 JM-PSH

CHERRY, *et al.*                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Self's claim against the W.C. "Dub" Brassell Adult Detention Center are dismissed without prejudice for failure to state a claim upon which relief may be granted.

DATED this 6th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE