IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THOMAS EUGENE SELF**                                                 **PLAINTIFF**

v.                         No: 5:19-cv-00138 PSH

**CHERRY,** *et al.*                                                  **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 26th day of November, 2019.

                                                 _____
                                                 UNITED STATES MAGISTRATE JUDGE